UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:24-CV-00052-HBB

**JEFFREY M.**[1]            **PLAINTIFF**

**VS.**

**LELAND DUDEK,**
Acting Commissioner of Social Security[2]            **DEFENDANT**

## JUDGMENT

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the court.

May 1, 2025

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:    Counsel

---

[1] Pursuant to General Order 22-05, Plaintiff's name in this matter was shortened to first name and last initial.
[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this suit.